UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-2287-PGB-DAB

HOWARD COHAN,

      Plaintiff,

vs.

CUMBERLAND FARMS, INC.
a Foreign Profit Corporation,

      Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, CUMBERLAND FARMS, INC., a Foreign Profit Corporation, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

      RESPECTFULLY SUBMITTED January 31, 2023.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

By: **/s/ Robert S. Hogue**
Carol C. Lumpkin
Florida Br No.: 797448
carol.lumpkin@klgates.com
Robert S. Hogue
Florida Bar No.: 0091155
shawn.hogue@klgates.com
K&L GATES LLP

1

Email: greg@sconzolawoffice.com          Southeast Financial Center
Email: samantha@sconzolawoffice.com      Suite 3900
Email: alexa@sconzolawoffice.com         200 S. Biscayne Boulevard
Attorney for Plaintiff                   Miami, Florida 33131
                                         Tel: (305) 539-3300
                                         Fax: (305) 358-7095


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 31, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

　　　　　　　　　　　　　　　　**/s/ Gregory S. Sconzo**
　　　　　　　　　　　　　　　　**Gregory S. Sconzo, Esq.**

2