UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:22-cv-2287-PGB-DAB

HOWARD COHAN,

     Plaintiff,

vs.

CUMBERLAND FARMS, INC.
a Foreign Profit Corporation,

     Defendant(s).

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, HOWARD COHAN and the Defendant, CUMBERLAND FARMS, INC., a Foreign Profit Corporation, (the Parties) hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismisses this action with prejudice against CUMBERLAND FARMS, INC., a Foreign Profit Corporation, (3) the Parties shall bear their own costs and fees except as provided for in the Parties' Settlement Agreement.

RESPECTFULLY SUBMITTED April 3, 2023.

| By: **/s/ Gregory S. Sconzo** | By: **/s/ Robert S. Hogue** |
|---|---|
| Gregory S. Sconzo, Esq. | Carol C. Lumpkin |
| Florida Bar No.: 0105553 | Florida Br No.: 797448 |
| Sconzo Law Office, P.A. | carol.lumpkin@klgates.com |
| 3825 PGA Boulevard, Suite 207 | Robert S. Hogue |
| Palm Beach Gardens, FL 33410 | Florida Bar No.: 0091155 |
| Telephone: (561) 729-0940 | shawn.hogue@klgates.com |
| Facsimile: (561) 491-9459 | K&L GATES LLP |

1

Email: greg@sconzolawoffice.com     Southeast Financial Center
Email:     Suite 3900
samantha@sconzolawoffice.com     200 S. Biscayne Boulevard
Email: alexa@sconzolawoffice.com     Miami, Florida 33131
Attorney for Plaintiff     Tel: (305) 539-3300
    Fax: (305) 358-7095

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on April 3, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

    **/s/ Gregory S. Sconzo**
    **Gregory S. Sconzo, Esq.**

2