**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**HOWARD COHAN,**

      **Plaintiff,**

**v.**                                   **Case No: 6:22-cv-2287-PGB-DAB**

**CUMBERLAND FARMS, INC.,**

      **Defendant.**

                                   /

## <u>ORDER</u>

This cause is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, filed April 3, 2023. (Doc. 16). The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Cumberland Farms, Inc. are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on April 4, 2023.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

2